UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


<u>Industrial Communications and</u>
<u>Electronics, Inc., et al.</u>

        v.                          Civil No. 07-cv-00082-JL

<u>Town of Alton</u>


                             **O R D E R**


    The plaintiff's motion for summary judgment on Count 1 (doc. #18), filed shortly after this case was reassigned to the undersigned judge, should have been ruled on by this time; it simply slipped through the court's administrative cracks and only recently came to the undersigned judge's attention.

    The motion for summary judgment on Count 1 (doc. #18) is denied without prejudice to being reinstated upon the plaintiff's request.

    Further, the court hereby assumes that the plaintiff requests the immediate reinstatement of the motion, grants that reinstatement, and will take up the motion along with plaintiff's motion for summary judgment on Count 2 (doc. #36).  No filing by the plaintiff is required to effectuate the reinstatement; it is granted and ordered.

    The court apologizes to the parties and counsel for any confusion, inconvenience or anxiety caused by this delay.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:     August 11, 2008

cc:        Earl W. Duval, Esq.
           Steven E. Grill, Esq.
           Anthony S. Augeri, Esq.
           Katherine Blackall Miller, Esq.
           Robert M. Derosier, Esq.
           Paul T. Fitzgerald, Esq.