UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Industrial Communications and</u>
<u>Electronics, Inc.</u>

    v.                    Civil No. 07-cv-00082-JL

<u>Town of Alton, et al.</u>

## **O R D E R**

The court has undertaken active consideration of the intervenors' standing issue, with the intention of issuing an order during the month of April.  If the intervenor and at least one of the parties desires oral argument, counsel are asked to confer on mutually available dates during the week of April 19, and to so notify the Deputy Clerk as soon as practicable.  Otherwise, the court will issue an order based on the filings.  Further, if there is any reason that the court should not actively consider the issue at this time (such as an imminent global settlement), counsel are requested to immediately notify the Deputy Clerk.

    Further, the court will accept the intervenors' reply no later than **April 6**, and grants leave to file (but does not require) surreplies, limited to issues and arguments advanced in the reply, to be filed no later than **April 9**.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated:  March 26, 2010

cc:  Steven E. Grill, Esq.
     Anthony S. Augeri, Esq.
     Katherine Blackall Miller, Esq.
     Robert D. Ciandella, Esq.
     Robert M. Derosier, Esq.
     Paul T. Fitzgerald, Esq.