UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Industrial Communications
and Electronics, Inc. *et al.*</u>

    v.                                              Civil No. 07-cv-082-JL

<u>Town of Alton,
David Slade, and Marilyn Slade</u>


**PERMANENT INJUNCTION**

    The Town of Alton and its elected officials, officers, and agents shall forthwith take all necessary steps to effectuate the issuance of all variances, permits, and other approvals necessary for the construction and operation of the 100-foot wireless tower at 486 East Side Drive, Alton, New Hampshire, shown in the plans approved by the Alton Planning Board on February 15, 2011.

    **SO ORDERED.**

                                                       _____
                                                     Joseph N. Laplante
                                                     United States District Judge

Dated:  September 24, 2012

cc:  Steven E. Grill, Esq.
     Katherine Blackall Miller, Esq.
     Robert D. Ciandella, Esq.
     Robert M. Derosier, Esq.
     Christopher Cole, Esq.
     Karyl Roberts Martin, Esq.